## UNITED STATES DISTRICT COURT
## DISTRICT OF DELAWARE

| | |
|---|---|
| SHIVA STEIN,  )<br>  )<br>         Plaintiff,  )<br>  )  Case No. 1:20-cv-01491-CFC<br>    v.  )<br>  )<br>BIOSPECIFICS TECHNOLOGIES CORP.,  )<br>JENNIFER CHAO, MICHAEL  )<br>SCHAMROTH, PAUL GITMAN, MARK  )<br>WEGMAN, TOBY WEGMAN, JOSEPH  )<br>TRUITT, MIKE SHERMAN, and COREY  )<br>FISHMAN,  )<br>  )<br>         Defendants.  )  | |

### PLAINTIFF'S NOTICE OF VOLUNTARY DISMISSAL

PLEASE TAKE NOTICE that, pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), plaintiff hereby voluntarily dismisses the above-captioned action (the "Action") with prejudice. Defendants have filed neither an answer nor a motion for summary judgment in the Action.

Dated:  November 24, 2020

**RIGRODSKY & LONG, P.A.**

By:  */s/ Gina M. Serra*
Brian D. Long (#4347)
Gina M. Serra (#5387)
300 Delaware Avenue, Suite 210
Wilmington, DE 19801
Telephone: (302) 295-5310
Facsimile: (302) 654-7530
Email: bdl@rl-legal.com
Email: gms@rl-legal.com

*Attorneys for Plaintiff*

**OF COUNSEL:**

**WOLF HALDENSTEIN ADLER
FREEMAN & HERZ LLP**
Gloria Kui Melwani
270 Madison Avenue
New York, NY 10016
Telephone: (212) 545-4600
Facsimile: (212) 686-0114
Email: melwani@whafh.com